RIVERDALE HOMEBUILDERS, INC., Plaintiff, v. FAIRFIELD GARDENS, INC., and Others, Appellants. THEODORE BADMAN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SUNBURY CONVERTING WORKS, INC., Respondent, v. "JOHN" BOISSONNET and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BENJAMIN DEUTSCH, on Behalf of Himself and All Other Stockholders of FINANCIAL INVESTING COMPANY OF NEW YORK, LIMITED, Similarly Situated, Respondents, v. FINANCIAL INVESTING COMPANY OF NEW YORK, LIMITED, Appellant, Impleaded with Another.— Order modified as consented to by appellant at page 14 of its brief, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARIE O'G. O'CONNELL, Respondent, v. EARL CARROLL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

AGNES R. CAILE, Respondent, v. HAROLD CAILE, Appellant.— Order modified by striking out the provision for alimony and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ISIDORE LIEBERMAN, Respondent, against GROVER A. WHALEN, as Police Commissioner, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

AUGUSTA LANDES, Respondent, v. LEONARD LANDES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ZOE K. AMES, Respondent, Appellant,